IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH C. YOUNG, as the Administrator of the Estate of GEORGE H. YOUNG, deceased; BEVERLY J. BLEDSOE, an Individual; VARCASSY M. BLEDSOE, an Individual; ERIKA MOULTRY, as mother and next friend of BRIAN D. BLEDSOE, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS CORPORATION and FICTITIOUS DEFENDANTS NOS. 1-14, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 2:06cv345-DRB |

**NOTICE OF REMOVAL OF CIVIL ACTION NUMBER CV-06-24
FROM THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA**

NOW COMES General Motors Corporation (GM) and files this Notice of Removal of the action referred to herein as Civil Action File No. CV-06-24 from the Circuit Court of Bullock County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division, respectfully showing the Court as follows:

1.

The jurisdictional basis for this removal is 28 U.S.C. § 1332: (a) the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs, as shown by plaintiffs' Complaint; and (b) there is diversity of citizenship between plaintiffs and defendant.

2.

GM is the only defendant in a civil action pending in the Circuit Court of Bullock County, Alabama styled as <u>Joseph C. Young, as the Administrator of the Estate of George H. Young, deceased; Beverly J. Bledsoe, an Individual; Varcassy M. Bledsoe, an Individual; Erika Moultry, as mother and next friend of Brian D. Bledsoe, a minor, v. General Motors Corporation, et al.</u>, Civil Action No. CV-06-24.

3.

Copies of all process, pleadings, and Orders served on or by GM in said action are attached hereto as Exhibit A.

4.

This action arises from a February 5, 2004 rollover crash involving a 2003 Chevrolet Tahoe driven by George H. Young which occurred in Wythe County, Virginia. Complaint, ¶ 1. According to the Complaint, Mr. Young was accompanied by his fiancé Beverly J. Bledsoe her son Varcassy M. Bledsoe, and her grandson Brian D. Bledsoe. Id. ¶ 2. Plaintiffs state that Mr. Young sustained fatal injuries in the wreck and that the remaining passengers were injured. Id. ¶¶ 1-2.

5.

The Complaint was filed in the Circuit Court for Bullock County, Alabama on or about March 9, 2006. The plaintiffs are Joseph C. Young, as the Administrator of the Estate of George H. Young, deceased; Beverly J. Bledsoe; Varcassy M. Bledsoe; and Erika Moultry, as mother

and next friend of Brian D. Bledsoe, a minor. Plaintiffs have named as defendants GM and fictitious parties identified as defendants Nos. 1-14.[1]

6.

GM's registered agent for service of process within the State of Alabama was served by certified mail with a summons and copy of the Complaint on or about March 16, 2006. Accordingly, this Notice of Removal is timely.

7.

Plaintiffs allege that GM is liable for the injuries and damages of George H. Young, Beverly J. Bledsoe, Varcassy M. Bledsoe, and Brian D. Bledsoe under a breach of warranty theory. Specifically, they contend that the subject 2003 Chevrolet Tahoe was not fit for the purpose intended and was not of merchantable quality because the vehicle lacked an electronic stability control system as well as side impact and/or side curtain airbags. Complaint, ¶ 4. They further claim that the Tahoe was defective due to restraint systems and inadequate "protection in the interior." Id. ¶¶ 4-5.

8.

The controversy between plaintiffs and GM is one between citizens of different states.

(a) Plaintiff Beverly J. Bledsoe is alleged to be a resident citizen of Bullock County, Alabama. Complaint, ¶ 4.

(b) Plaintiff Varcassy M. Bledsoe is alleged to be a resident citizen of Bullock County, Alabama. Id. ¶ 5.

---

[1] For purposes of removal, "the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(a).

3

    (c)    Plaintiff Erika Moultry is alleged to be a resident citizen of Bullock County, Alabama. Id. ¶ 6.

    (d)    In addition, plaintiffs' decedent George H. Young was alleged to be a resident citizen of Bullock County, Alabama. Id. ¶ 3. Pursuant to 28 U.S.C. §1332(c)(2), plaintiff Joseph C. Young, as the personal administrator of the Estate of George H. Young, is therefore deemed to be a citizen of the State of Alabama as well.

    (e)    GM is a Delaware corporation with its principal place of business in Detroit, Michigan. GM is not now, was not at the time of the commencement of said action, nor at any time thereafter a citizen of the State of Alabama.

9.

Because there is diversity of citizenship between plaintiffs and GM and because GM is not a citizen of the State of Alabama and because based on the allegations in the Complaint, the matter in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, GM may remove this action pursuant to 28 U.S.C. § 1332.

10.

The pending action is one which may be removed to this Court, and this Notice of Removal is filed pursuant to 28 U.S.C. §1441 and 1446, within 30 days after receipt by GM of the summons and copy of the Complaint.

WHEREFORE, GM prays that this Notice of Removal be filed; that said action bearing Civil Action File No. CV-06-24 in the Circuit Court of Bullock County, Alabama be removed to and proceed in this Court; and that no further proceedings be had in said case in the Circuit Court of Bullock County, Alabama.

This 14th day of April, 2006.

/s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
401 Adams Avenue
Suite 780
Montgomery, Alabama 36104
Telephone: (334) 956-7700
Telephone: (334) 956-7701

Robert D. Hays
L. Frank Coan, Jr.
Jennifer A. Simon
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Telephone: (404) 572-5100

ATTORNEYS FOR DEFENDANT
GENERAL MOTORS CORPORATION

5

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **NOTICE OF REMOVAL OF CIVIL ACTION NUMBER CV-06-24 FROM THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA** on counsel for the parties by causing a copy of the same to be deposited in the United States mail, postage prepaid, and addressed as follows:

>William W. Smith
>Nicole L. Judge
>Smith & Alspaugh, P.C.
>1100 Financial Center
>505 North 20th Street
>Montgomery, Alabama  35203-4640

This 14 day of April, 2006.

_____
Charles A. Stewart, III