IN THE CIRCUIT COURT FOR
BULLOCK COUNTY, ALABAMA

FILED IN OFFICE

APR 1 4 2006

CLERK-REGISTER, BULLOCK CO., ALA.

| | |
|---|---|
| JOSEPH C. YOUNG, as the Administrator of the Estate of GEORGE H. YOUNG, deceased; BEVERLY J. BLEDSOE, an Individual; VARCASSY M. BLEDSOE, an Individual; ERIKA MOULTRY, as mother and next friend of BRIAN D. BLEDSOE, a minor, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. CV-06-24 |
| GENERAL MOTORS CORPORATION, et al., | |
| Defendants. | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

NOW COMES General Motors Corporation and hereby notifies the parties in the above-styled action and the Clerk of the Circuit Court of Bullock County, Alabama, in accordance with the provisions of 28 U.S.C. § 1446, of the filing of the Notice of Removal in the United States District Court for the Middle District of Alabama, Northern Division, of the civil action entitled <u>Joseph C. Young, as the Administrator of the Estate of George H. Young, deceased; Beverly J. Bledsoe, an Individual; Varcassy M. Bledsoe, an Individual; Erika Moultry, as mother and next friend of Brian D. Bledsoe, a minor, v. General Motors Corporation, et al.</u>, Civil Action No. CV-06-24. A copy of the Notice of Removal is attached and hereby filed with the Clerk of the Circuit Court of Bullock County, Alabama.

This 14th day of April, 2006.


Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Robert D. Hays
L. Frank Coan, Jr.
Jennifer A. Simon
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309-3521
(404) 572-4600
(404) 572-5100 (fax)

ATTORNEYS FOR DEFENDANT
GENERAL MOTORS CORPORATION

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** on counsel for the parties by causing a copy of the same to be deposited in the United States mail, postage prepaid, and addressed as follows:

> William W. Smith
> Nicole L. Judge
> Smith & Alspaugh, P.C.
> 1100 Financial Center
> 505 North 20th Street
> Montgomery, Alabama  35203-4640

This 14 day of April, 2006.

                                                _/s/ Charles A. Stewart, III_
                                                Charles A. Stewart, III