IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH C. YOUNG, as the Administrator of the Estate of GEORGE H. YOUNG, deceased; BEVERLY J. BLEDSOE, an Individual; VARCASSY M. BLEDSOE, an Individual; ERIKA MOULTRY, as mother and next friend of BRIAN D. BLEDSOE, a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION and FICTITIOUS DEFENDANTS NOS. 1-14,<br><br>    Defendants. | CIVIL ACTION NO. 2:06-CV-345 |

## **CORPORATE DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for General Motors Corporation, certify to the best of my knowledge and belief:

General Motors Corporation is neither a subsidiary nor affiliate of another publicly owned corporation. All U.S. and Canadian subsidiaries of General Motors Corporation are wholly-owned except Motor Enterprises, Inc., which is partially owned by the United States Small Business Administration, and New United Manufacturing Company, Inc., which is a joint venture between General Motors and Toyota Motor Company. State Street Bank & Trust Company and Capital Research and Management Company are publicly-held companies owning more than 10% of General Motors Corporation's stock. A list of subsidiaries, joint ventures,

-1-

-2-

affiliates, and other entities of General Motors Corporation which publicly trade stock is attached as Attachment A.

Submitted this 9th day of May, 2006.

                            s/ Charles A. Stewart III
                            Charles A. Stewart, III (STE067)
Angela R. Rogers (RAI017)
Bradley, Arant, Rose & White
401 Adams Avenue
Suite 780
Montgomery, Alabama 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Robert D. Hays
L. Frank Coan, Jr.
Jennifer A. Simon
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

ATTORNEYS FOR DEFENDANT
GENERAL MOTORS CORPORATION

CERTIFICATE OF SERVICE

       I hereby certify that on May 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>William W. Smith
>Nicole L. Judge
>Smith & Alspaugh, P.C.
>1100 Financial Center
>505 North 20th Street
>Montgomery, Alabama 35203-4640

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None.

                                            Respectfully submitted,

                                            s/ Charles A. Stewart III
                                            Charles A. Stewart III (STE067)
                                            Bradley Arant Rose & White LLP
                                            The Alabama Center for Commerce
                                            401 Adams Avenue, Suite 780
                                            Montgomery, AL 36104
                                            Telephone: (334) 956-7700
                                            Facsimile: (334) 956-7701
                                            E-mail: cstewart@bradleyarant.com