# Exhibit A

## ATTACHMENT A

AC Battery Corporation

AC Delco Systems Australia, Ltd.

AC Delco Systems Austria GmbH

AC Delco Systems Overseas Corporation

AC Rochester Luxembourg S.A.

ACCSCO S.A.

ACDelco Systems (M) Sdn Bhd

ACG Componentes, S.A.

ACG Deutschland GmbH

ACG France

ACGI S.p.A.

ACHIP Technologies, Inc.

AMBRAKE Corporation

AMI Instruments, Inc.

ARINC Incorporated

Adam Opel Aktiengesellschaft

Adela Investment Company S.A.
Advanced Electronics Systems International

Aeronautical Systems Designers Limited

AeroVironment, Inc.

Agora s.r.l.

Alambrados Automotrices, S.A. de C.V.

Alambrados y Circuitos Electricos, S.A. de C.V.

Allison Transmission Europe B.V.

Alpha Joshua, Inc.

Alpha Mariah, Inc.

Alpha Trans Leasing Verwaltungsgesellschaft mbH

American Mobile Satellite Corporation

American Network Leasing Corporation (assumed name in Ohio: ANLC Corp.)

Anadolu Otomotiv Sanayi VE Ticaret A.S. Appex, Inc.

Applied Intelligent Systems, Inc.

Arabian Battery Holding Company

Aralmex, S.A. de C.V.

Acromex S.A. de C.V.

Arelex S.A. de C.V.

Argonaut Relocation Services Corporation

Aristacom International, Inc.

Asientos IFG. S.A.

Asimex, S.A. de C.V.

Asset Leasing GmbH

Aura S.r.l.

Autocableados Electricos, S.A. de C.V.

-4-

Automotive Battery Manufacturing, Inc.

Automotive Components Group Espana, S.A.

Automotive Components Group Worldwide, Inc.

Automotive Components Group Worldwide Singapore PTE LTD

Avicom International, S.A.

Avis Europe Ltd

Avis, Inc.

BSS Belgique

BSS Greece

Bakony Spark Plugs & Ceramic Mfg. Ltd.

Banco General Motors S.A.

Banque Opel

Basintel S.p.A.

Battery Technology Services, Inc.

Beijing International Information Processing Company Limited

Beijing WY-GM Automotive Electronic Control Co., Limited

Beta Maria, Inc.

Beta Willow, Inc.

Branch of E.D.S. World Corporation (Netherlands) - Argentina

Branch of Electronic Data Systems Corporation - Germany

Brazauto Trading (Cayman) Limited

Bristol Center Owners Association

British Caledonian Flight Training Espana, S.A.

British Caledonian Flight Training Limited

Bujias Mexicanas, S.A. de C.V.

CABLESA - Industria de Componentes Electricos Sociedade Anonima

CAMI Automotive, Inc.

CCII SA

CEI Co., Ltd.

CIM Insurance Corporation

CLIOR

CLS Corporation

COGSYS Limited

CORI - Conseil et Realisation en Informatique

Cableados Integrados, S.A.

Cableados, S.A. de C.V.

Cadmic Agency Corporation

Cadmic Agency Corporation of Ohio

Calsonic Harrison Co., Ltd.

Canadian Securitized Auto Receivables Corporation

Capital Auto Receivables, Inc.

Car Care Plan GmbH

Car Care Plan (Holdings) Limited

Car Care Plan Limited

Car Care Plan (Securities Division) Limited

Carus Grundstucks-Vermietungsgesellschaft mbH & Co. Object Kuno 65 KG

Carus Grundstucks-Vermietungsgesellschaft mbH & Co. Object Leo 40 KG

Centro Tecnico Herramental, S.A. de C.V.

China Management Systems Corporation

Cilva Holdings Plc.

Cimflex Teknowledge

Circuitos Binacionales de Tijuana S.A. de C.V.

Coalition Undertaking Remedial Efforts, Inc.

Colonial Mortgage Service Company Associates, Inc.

Comlinear Corporation

Commercial Care Plan Limited

Compagnie de Faisceaux Tunisiens International S.A.

Compania Nacional de Direcciones Automotrices, S.A. de C.V.

Componentes Delfa, C.A.

Componentes Mecanicos de Matamoros, S.A. de C.V.

Componentes Para Automotores, S.A. de C.V.

Comtrac Corporation

Conductores y Componentes Electricos de Juarez, S.A. de C.V.

Condupac International, Inc.

Conexionados Electricos Tarazona S.A.

Consorcio Nacional GM Ltda.

Controladora General Motors, S.A. de C.V.

Controladora Mexicans de Autopartes, S.A. de C.V.

Convenient Automatic Transaction System

Convergent Corporation

Convergent Group Corporation

Convesco Vehicle Sales GmbH

Cordaflex, S.A. de C.V.

Cruz Alta - Comercio e Participacoes Ltda.

Cruz Alta Correctora de Seguros S/C Ltda.

DESIC S.A. de C.V.

DHB America, Inc.
DHB Componentes Automotivos S.A.

DRB s.a./n.v. (aka Delco Remy Belgique)

DVOIT Limited

Daewoo Automotive Components, Ltd.

Database Progetti, S.p.A.

Database Software S.p.A.

DATABASE S.p.A.

Database Tecnologie S.p.A.

Deep Star, Inc.

Delco de Carbon

Delco Chassis Overseas Corporation

Delco Electronics Asia/Pacific Pte Ltd.

Delco Electronics Corporation

Delco Electronics Europe GmbH

Delco Electronics Overseas Corporation

Delco Electronics Service Corporation
Delco Limited

Delco Products Sucursal Espanola

Delco Products Suspension Systems Ltd.

Delco Remi - Componentes Electronicos,
LDA. (aka Delco Remy (Portugal)
Componentes Electricos, Lda.)

Delkor Battery Company, Ltd.

Delmex de Juarez S.A. de C.V.

Delnosa S.A. de C.V.

Delredo S.A. de C.V.

Deltronicos de Matamoros, S.A. de C.V.

Desarrollo y Servicios de Informatica y
Communiciones , S.A. de C.V.

Detroit Diesel Corporation

Diavia Aire, S.A.

Diavia S.r.l.

DIRECTV Enterprises, Inc.

DirecTV, Inc.

DIRECTV Operations, Inc.

Doug Fox Parking, Inc.

DR DE CHIHUAHUA, S.A. de C.V.

E.A.I. - Europe Assurance Informatique

EDESA Societe Anonyme Holding

EDS Acquisition Corporation #4

EDS Alpha S.A.

EDS Antares, Inc.

EDS (Australia) Superannuation Fund Pty
Ltd

EDS (Australia) Pty. Limited

EDS Automated Teller, Inc.

EDS Beta SA

EDS Beteiligungs GmbH

EDS Beteiligungsverwaltungsgesellschaft
Duisburg mbH

E.D.S. Canada Leasing Ltd.

E.D.S. of Canada, Ltd.

EDS Consulting GmbH

EDS Crisis Response Foundation

EDS Defence Limited

EDS-Electronic Data Systems do Brasil
Ltda (aka EDS do Brasil)

EDS Electronic Data Systems (City)
Limited

EDS Electronic Data Systems (Deutschland)
GmbH

EDS Electronic Data Systems (Hong Kong)
Limited

EDS Electronic Data Systems (Hong Kong)
Limited - Beijing Representative Office

EDS Electronic Data Systems (Hong Kong)
Limited - Chengdu Representative Office

EDS Electronic Data Systems (Hong Kong)
Limited - Shanghai Representative Office

EDS - Electronic Data Systems Italia S.p.A.

E.D.S. (Electronic Data Systems) Limited

E.D.S. Electronic Data Systems
Luxembourg S.A.

EDS-Electronic Data Systems de Portugal -
Processamento de Dados Informaticos, Lda

EDS Electronic Financial Services, Inc.

EDS Elektronikus Adatrendszer Kft.  (aka
EDS Electronic Data Systems Ltd. and EDS
Electronische Datasysteme GmbH)

EDS (Europe) S.A.

EDS Eurosept SAS

EDS Exploitation SNC

EDS Export Corporation

E.D.S. Finance Limited

EDS Fleet Services, Inc.

EDS Forsvars Service AB

EDS Gamma SA

EDS Global Services, Inc.

EDS Gulf States, WLL

EDS Hellas S.A.
EDS Holdings GmbH

EDS Industrie S.A.

EDS Informatik GmbH

EDS Information Management AG

EDS Information Systems GmbH

EDS Informatique (Suisse) S.A.

E.D.S. International Corporation

EDS International (France) S.A.

E.D.S. International Limited

EDS International (Singapore) Pte. Limited

EDS Kaufmannische Dienste und Informatik
GmbH (aka EDS KD&I GmbH)

E.D.S. De Mexico, Sociedad Anonima De
Capital Variable (aka E.D.S. De Mexico,
S.A. De C.V.)

EDS National Mid-Range Systems Pty. Ltd.

EDS (New Zealand) Holdings Limited

EDS New Zealand Limited
EDS (New Zealand) Pensions Limited

EDS 1994 Trustee Limited

EDS Unigraphics Systems GmbH

EDS Operations (M) Sdn. Bhd.

EDS Personal Communications Corporation

EDS Poland Sp. z.o.o.

EDS Praha spol.s.r.o.

EDS (Schweiz) AG, Zweigniederlassung
Schlieren

EDS (Schweiz) - Beringen Branch

EDS (Schweiz) - Glatbrugg Branch

EDS (Schweiz) - Schlieren Branch

EDS-Scicon Ltd.

EDS-Scicon N.V.

EDS-Scicon, US Software Products Group
Incorporated

EDS Sistemas Tecnologicos, S.A.

E.D.S. Spectrum Corporation

EDS (Switzerland) Limited (aka EDS
(Suisse) SA and EDS (Schweiz) AG)

EDS Technical Products Corporation

EDS Technical Services AB

EDS Trustee Limited

EDS VLT Holdings, Inc.

EDS Vermogensverwaltungs GmbH

EDS World Corporation (Far East)

EDS World Corporation (Far East) Branch
Office

EDS World Corporation (Far East) Taiwan
Branch

EDS World Corporation (Far East) Thailand
Branch

E.D.S. World Corporation (Netherlands)

EDSCIOCON (Malaysia) Sdn. Bhd.

EL-MO Leasing Corporation

EMD Leasing Corporation

ENCI S.A.R.L.

EPEC S.A.
Edley S.A.

Electro-Motive Maintenance Operations Pty
Ltd

Electronic Data Systems - Belgium N.V.
(aka EDS Belgium)

Electronic Data Systems Chile S.A.

Electronic Data Systems Colombia, S.A.

Electronic Data Systems Corporation

Electronic Data Systems Danmark A/S

Electronic Data Systems (EDS) A/S

Electronic Data Systems (EDS) de
Argentina S.A.

Electronic Data Systems (EDS) Gesellschaft m.b.H.

Electronic Data Systems (EDS) de Argentina S.A.

Electronic Data Systems (EDS) Gesellschaft m.b.H.

Electronic Data Systems (EDS) International B.V.

Electronic Data Systems (EDS) International B.V. - Glattbrugg Branch

Electronic Data Systems (EDS) International B.V. - Ireland Branch

Electronic Data Systems (EDS) Nederland B.V.

Electronic Data Systems (EDS) Sweden AB

Electronic Data Systems Espana S.A.

Electronic Data Systems (Ireland) Limited

Electronic Data Systems IT Services (M) Sdn. Bhd.

Electronic Data Systems Ltd. (aka Electronic Data Systems Kabushiki Kaisha)

Electronic Data Systems de Venezuela "EDS" C.A.

ELEKLUFT Elektronik-und Luftfahrtgerate GmbH

Emperion Corporation

Empresa "Ca-Le" de Tlaxcala S.A. de C.V.

Empresa Mixta GEMACVEN, S.A.

Empresa Nacional de Optica SA

Ensambladores Electronicos de Mexico, S.A.

Ensamble de Cables y Componentes, S.A. de C.V.

Ensamble De Cubiertas Automotrices, S.A. De C.V.

Ensambles Electricos Automotrices del Norte, S.A. de C.V.

Eurexcel Associes S.A.

Europe Assurance Informatique S.A.

Eurosept Actuaires S.A.

Eurosept Associes SA

Eurosept Assurances S.A.

Eurosept Banques et Produits Financiers S.A.

Eurosept Benelux S.A.

Eurosept Gestion Comptable et Financiere S.A.

Eurosept Gestion Industrielle et Logistique S.A.

Eurosept Innovation et Management Public S.A.

Eurosept Italy Associati S.r.l.

Eurostrategy Consultants Limited

Executive Closing Services, Inc.

Executive Trustee Services, Inc.

Exhaust Systems Corporation

F&G Megamos Sicherheitselektronik GmbH

F.I.J. (France Informatique Juridique)

FLIR Systems, Inc.

Fabrica Nacional De Autobuses C.A.

Federal Computer Services Corp.

Finamore SA

First City Bancorporation of Texas, Inc.

First Portland Technology Corp.

Fisher Body Limited

Fisher Lumber Corporation

4th Dimension Software, Inc.
William D. Forston, Jr.
President, Ginn Motor Company

Freevale Limited

GCS Information Access Limited

GCS Limited

GEST'HELP Huissier

GFI Informatique Belgium S.A.

GFI Informatique Suisse

GFI Poland

GFI-TB La Mondiale Bull S.A.

GIDA SNC

GM Allison Japan Limited

GM Auto Receivables Co.

GM-DI Leasing Corporation

GM Europe GmbH (aka GM Europe GmbH Russeisheim)

GM Factoring Sociedade de Fomento Comercial Ltda.

GM Holding (Portugal) SGPS, Lda.

GM Industrial Clearing Technology Center, Inc.

GM Investment Trustees Limited

GM Leasing S.A. - Arrendamento Mercantil

GM Nigeria Limited

GM Ovonic L.L.C.

GM Personnel Services, Inc.

GM-Saab Communication GmbH

GM Service GmbH

GM Singapore Pte. Ltd.

GM (UK) Pension Trustees Limited

GMAC de Argentina S.A.

GMAC Arrendadora S.A. de C.V.

GMAC Associates, Inc.

GMAC, Australia (Finance) Limited

GMAC Auto Receivables Corporation

GMAC Automotriz Limitada

GMAC Capital Corporation

G.M.A.C. Colombia S.A.

GMAC Comercial Automotriz Chile S.A.
(aka GMAC Chile)

G.M.A.C. - Comercio e Aluguer de
Veiculos, Lda.

GMAC Espana, S.A. de Financiacion

GMAC Espana S.A. Sociedad de
Arrendamiento Financiero

G.M.A.C. Financiera de Columbia S.A.
Compania de Financiamiento Comercial

GMAC Finansiering A/S

GMAC Holding S.A. de C.V.

GMAC International Finance, B.V.

GMAC Italia Leasing S.p.A.

GMAC Leaseco Limited/GMAC Location
Limited

GMAC Leasing Corporation

GMAC Leasing (U.K.) Limited

GMAC Leasing (U.K.) (No. 1) Limited

GMAC Leasing (U.K.) (No. 2) Limited

GMAC Leasing (U.K.) (No. 3) Limited

GMAC Mortgage Corporation

GMAC Mortgage Corporation of PA

GMAC Mortgage Holdings, Inc.

GMAC Mortgage Securities, Inc.

GMAC Mortgage Securities II, Inc.

GMAC Overseas Finance Corporation N.V.

GMAC RF, Inc.

GMAC Rahoitus Oy

GMAC Realty Advisors, Inc.

GMAC Sverige AB

GMB Belgique

GMC Truck Motors Development
Corporation

GMLG Ltd.

GMOC Administrative Services Corporation

GMOC Australia Pty. Ltd.

GMODC Finance N.V.

Genasys L.C.

General International Insurance Services
Limited

General International Limited

General International (UK) Limited

General Motors Acceptance Corporation

General Motors Acceptance Corporation,
Australia

General Motors Acceptance Corporation of
Canada, Limited

General Motors Acceptance Corporation,
Colombia S.A.

General Motors Acceptance Corporation,
Continental

General Motors Acceptance Corporation Hungary Financial Services Limited Liability Company

General Motors Acceptance Corporation International

General Motors Acceptance Corporation Italia S.p.A (aka GMAC Italia)
General Motors Acceptance Corporation Nederland N.V. (aka GMAC Nederland)

General Motors Acceptance Corporation, North America

General Motors Acceptance Corporation (N.Z.) Limited

General Motors Acceptance Corporation del Peru, S.A.

General Motors Acceptance Corporation de Portugal - Servicos Financeiros, S.A.

General Motors Acceptance Corporation, S.A. de C.V.

General Motors Acceptance Corporation, South America

General Motors Acceptance Corporation Suisse S.A.

General Motors Acceptance Corporation (U.K.) Finance plc (aka GMAC UK plc)

General Motors Acceptance Corporation (U.K.) Public Limited Company

General Motors Acceptance Corporation de Venezuela, C.A.
General Motors ACG, S.A.

General Motors de Argentina S.A.

General Motors Asia, Inc.

General Motors Asian and Pacific Operations (Pte) Ltd.

General Motors Austria Beteligungsgesellschaft m.b.H. (aka GMAC Austria)

General Motors do Brasil Ltda.

General Motors of Canada Limited - General Motors du Canada Limitee

General Motors Cancer Research Foundation, Inc.

General Motors Chile S.A., Industria Automotriz

General Motors China (Components), Inc.

General Motors China, Inc.

General Motors Colmotores, S.A.

General Motors Commercial Corporation

General Motors Coordination Center N.V.
General Motors Corporation

General Motors Development Corporation

General Motors del Ecuador S.A.

General Motors Egypt, S.A.E.

General Motors (Europe) AG (aka General Motors Europe)

General Motors Export Corporation

General Motors Foreign Sales Corporation

General Motors Foundation, Inc.

General Motors GmbH & Co. OHG

General Motors Hellas, A.B.E.E.

General Motors-Holden's Automotive Limited

General Motors-Holden's Sales Pty. Limited

General Motors Holdings (U.K.)

General Motors Import & Distribution GmbH

General Motors Importaktiebolag (aka General Motors Import AB)
General Motors India Limited

General Motors Indonesia, Inc.

General Motors Interamerica Corporation

General Motors International Operations, Inc.

General Motors Investment Management Corporation

General Motors Investment Services Company N.V.

General Motors Japan Ltd. (tradename: Nihon

General Motors Kabushiki Kaisha)

General Motors Kenya Limited

General Motors Korea, Inc.

General Motors Luxembourg Operations S.A.

General Motors Market Development of Canada Limited (aka Compagnie De Developpement Du Marche and General Motors Du Canada Limitee)

General Motors de Mexico, S.A. de C.V.

General Motors Nederland B.V.

General Motors New Zealand Pensions Limited

General Motors Overseas Commercial Vehicle Corporation

General Motors Overseas Corporation

General Motors Overseas Distribution Corporation

General Motors Peru S.A.

General Motors Poland Spolka, zo.o

General Motors Receivables Corporation

General Motors Research Corporation

General Motors Taiwan Ltd.

General Motors (Thailand) Ltd.

General Motors Uruguay, S.A.

General Motors Venezolana, C.A.

General Motors de Venezuela, C.A.

General Motors Women's Foundation

General Motors Yugoslavia, trade company with limited liability (aka General Motors Yugoslavia d.o.o.)

Genie Mecanique Zairois, S.A.R.L.

Graphic Data Systems Corporation

Group Lotus, plc

-14-

Guiado y Control SA

Gulf & Western Life Insurance Company

H E Microwave Corporation

HBH Company

HNS-Clairtel GP, Inc.

HNS Common Carrier Services, Inc.

HNS India, Inc.

HNS-India VSAT, Inc.

HNS-Italia S.r.L.

HNS de Mexico, S.A. de C.V.

HNS-Shanghai, Inc.

HNS Shared Hub Services, Inc.

HUSINT S.A.

Healthco Holding Corporation

Holden New Zealand Limited

Holden's Agencies Pty. Limited

Holden's Motor Overseas Corporation Limited

Hughes Aircraft of Canada Limited

Hughes Aircraft Company

Hughes Aircraft Company (Inc.)

Hughes Aircraft Holdings Canada Ltd.

Hughes Aircraft Mississippi, Inc.

Hughes Aircraft - South Carolina

Hughes Aircraft Systems International

Hughes Asia Pacific Hong Kong Limited

Hughes Australia International PTY Ltd.

Hughes-Avicom International, Inc.

Hughes do Brasil Eletronica e Comunicacoes Ltda
Hughes Communications Carrier Services, Inc.

Hughes Communications Galaxy, Inc.

Hughes Communications, Inc.

Hughes Communications Japan, Inc.

Hughes Communications Satellite Services, Inc.

Hughes Communications Services, Inc.

Hughes Danbury Optical Systems, Inc.

Hughes Data Systems

Hughes Document Production Services, Inc.

Hughes Electronic Technologies, Inc.

Hughes Electronics Manufacturing Service Company

Hughes Environmental Systems, Inc.

Hughes Escorts Communications Limited

Hughes Espana S.A.

Hughes Europe N.V.
Hughes Foreign Sales Corporation

Hughes Georgia, Inc.

Hughes Identification Devices, Inc.

Hughes Information Technology Corporation

Hughes International Corporation

Hughes International GmbH

Hughes International de Mexico, S.A. de C.V.

Hughes International Sales Corporation

Hughes International Sales Corporation No. 2

Hughes Investment Management Company

Hughes-JVC Technology Corporation

Hughes-Kenwood RDSS, Inc.

Hughes LAN Systems, Inc.

Hughes Lexington, Inc.

Hughes Microelectronics Europa Espana, S.A.

Hughes Microelectronics Europa Limited

Hughes Microelectronics Limited

Hughes Missiles Electronics, Inc.

Hughes Missile Systems Company

Hughes Nadge Corporation

Hughes Network Systems France

Hughes Network Systems, Inc.

Hughes Network Systems International Service Company

Hughes Network Systems Limited

Hughes Power Products, Inc.

Hughes Power Supplies Corporation

Hughes Research Analytics, Inc.

Hughes Saudi Arabia Limited

Hughes Simulation International, Inc.

Hughes Software Systems Private Limited

Hughes Space and Communications International, Inc.

Hughes STX Corporation

Hughes Systems Management International

Hughes Technical Services Company

Hughes Training, Inc.

Hughes Transportation Control Systems, Inc.

Hughes (U.K.) Limited

I.K. Coach Co., Ltd.

IBC Vehicles (Distribution) Limited

IBC Vehicles Limited

IBOS Management Company Limited

ICIM BV

ICR Internationale Consulting und Rechenzentrum GmbH

INLAN -- Industria de Componentes Mecanicos, S.A.

ITC Inland Teknik Oto Yan Sanayi Limited Sirketi

ITT Automotive Electrical System, Inc.

I-Logix Inc.

Industrie Daten IDee GmbH

Industries Mecaniques Maghrebines, S.A.

Industrija Delova Automobila, Kikinda

Informatica Centrum Infrastructuur en Milieu B.V.

Information Interchange Limited

Informatique Proget SA

Infosys

Institut des Techniques Avancees

Insurance Software Solutions Corporation

Integrated Multimedia Solutions, Inc.

Interbank On-line System Ltd.

International Electro-Optical Industry Anonim Sirketi

International Electronics Systems, Inc.

International Mobile Machines Corporation Interpractice Systems, Inc.

Istituto R.S.O.

Isuzu Credit Service Co., Ltd.

Isuzu-General Motors Australia Limited

Isuzu Motors Limited

J.C.I.S. Co., Ltd.

JSA International, Inc.

Japan Auto Service Co., Ltd.

Japan Network System

Japan Satellite Communications Network Corporation

Japan Systems Company Limited

Jinbei GM Automotive Co. Ltd.

K.C.E. Co., Ltd

Kabeltrommel GmbH & Co. KG

Kabelwerke Reinshagen GmbH

Kabelwerke Reinshagen Werk GmbH (aka Kabelwerke Reinshagen Berlin Plant GmbH)

Kabelwerke Reinshagen Werk Newmarkt GmbH (aka Kabelwerke Reinshagen Neumarket Plant GmbH)

Katcon, S.A. de C.V.

Kiel

Klockner Datentechnik GmbH

L-T Ranches, Inc.

Ladue Associates, Inc.

Legacy Association

Lenguajes y Servicios Informaticos, S.A.

Lidlington Engineering Company, Ltd.

Linx Participative Consultants, Inc.

Lufthansa Systems GmbH

mbp Industrie Software GmbH

mbp Informationstechnologie GmbH

mbp Software and Systems Technology Inc.

mbp Softwareentwicklungs GmbH

MCE
MDP, Ltd.

M&DR Consultants Marketing and Data
Research S.r.l.

M&SD Network Services, Inc.

MIC General Insurance Corporation

MIC Life Insurance Corporation

MIC Life Reinsurance Company - Canada,
Limited

MIC Life Reinsurance Company, Limited

MIC Property and Casualty Insurance
Corporation

MIC Re Corp.

MIC Services Corporation

MLS UK Ltd.

MLS USA, Inc.

Macopel, S.A. de C.V.

Management Computer Equipment S.A.

Management Technologies, Inc.

Mecel AB
Mechanical Breakdown Insurance
Management Limited

Metal Casting Technology, Inc.

Microelectronics and Computer Technology
Corporation

Millbrook Land and Co., Ltd.

Millbrook Pension Management Ltd.

Millbrook Proving Ground, Ltd.

Mortgage Assets Trading, Inc.

Motor Enterprises, Inc.

Motors Insurance Company Limited

Motors Insurance Corporation

Motors Insurance Purchasing Group, Inc.

Motors Mechanical Reinsurance Company,
Limited

Motors Trading Corporation

NAVCO Corp.

NIRIS Informatique

Nagai Software and Audit Co., Ltd.

Natel Montique

National Car Rental System, Inc.

National General Assurance Company

National General Insurance Company

National General Marketing, Inc.

National Heritage Insurance Company

National Informatique Service

Neodata Corporation

New-Cen Commercial Corporation

New Center Community Corporation

New Center Neighborhood Services Corporation

New Cure, Inc.

New United Motor Manufacturing, Inc.

New Venture Gear, Inc.

Nihon Game Cards

974806 Ontario Inc.

Nippon Avionics Co., Ltd.

Nippon EDS Co., Ltd. (aka Nippon EDS Kabushiki Kaisha)

Nishinihon Attene Computer Co., Ltd.

Nova Domus s.r.l.

OAN Services of Florida, Inc.

OAN Services, Inc.

OGIP ORGANISATION SARL

Omnibus BB Transportes, S.A.

1087568 Ontario Inc.

One Touch Systems, Inc.

Opel Austria GmbH

Opel-Automobilwerk Eisenach-PKW GmbH (aka Opel-AWE GmbH)

Opel Bank GmbH

OPEL Bankgesellschaft m.b.H.

Opel Belgium

Opel C&S spol.s.r.o.

Opel Eisenach GmbH

Opel Espana, S.A.

Opel France S.A.

Opel-Handler Versicherungsdienst GmbH

Opel Hellas S.A.

Opel Hungary Automobile Production Ltd.

Opel Hungary Automotive Distribution Ltd.

Opel Hungary Automotive Manufacturing Ltd.

Opel Ireland Limited

Opel Italia S.p.A.

Opel Leasing GmbH & Co. OHG (aka Opel Leasing)

Opel Leasinggesellschaft m.b.H.

Opel Leasing Verwaltungs GmbH

Opel Nederland B.V.

Opel Norge

Opel Oy

Opel Portugal, Lda.

Opel Service GmbH
Opel Service GmbH, Berlin

Opel Suisse SA

Opel Turkiye Limited Sirketi (aka Opel
Turkey)

Opel-Wohnbau GmbH

Orion

Oy EDS Electronic Data Systems Ab

P. T. Mesin Isuzu Indonesia

PADCOM Holding GmbH

PDES, Inc.

PT General Motors Buana Indonesia

PT. Pasifik Satelit Nusantara

Packard CTA Pty. Ltd.

Packard Electric Baicheng

Packard Electric Burgenland GmbH

Packard Electric China, Inc.

Packard Electric Europa Ges.m.b.H.

Packard Electric Hebi

Packard Electric Ireland Limited
Packard Electric Poland Sp.zo.o.

Packard Electric Vas kft

Packard Electrik Sistemleri Limited Sirketi

Packard Hughes Interconnect Company

Packard Hughes Interconnect Connection
Systems

Packard Hughes Interconnect Engineering
Services

Packard Hughes Interconnect Mexico

Packard Hughes Interconnect Wiring
Systems

Patlan Corporation

Patlan Marina, Inc.

Patlan Buddy Corporation

Magdelyn Phillips

Power Investment Corporation

Premida-Comercio, Gestao e Servicos, Lda.

PREMISYS CORPORATION

Productos Delco de Chihuahua, S.A. de
C.V.

Proget Luxembourg

Progical S.A.

Promotora de Partes Electricos
Automotrices

Promotora S.A. de C.V.

Qual-Effic Services, Inc.

R.L. Autoguard (1982) Limited

REICAB Limitada (aka P.E. Guarda)

RGR Holdings, Inc.

RMC Acquisition Corporation

Reinshagen GmbH

Reinshagen Italia Srl

Reinshagen Tournai S.A.

Residential Asset Securities Corporation

Residential Consumer Services of Alabama, Inc.

Residential Consumer Services, Inc.

Residential Consumer Services of Ohio, Inc.

Residential Consumer Services of Texas, Inc.

Residential Funding Corporation

Residential Funding Mortgage Exchange Corporation

Residential Funding Mortgage Securities I, Inc.

Residential Funding Securities Corporation

Rimir, S.A. de C.V.

Rio Bravo Electricos, S.A. de C.V.

Riser Foods, Inc.

Riverfront Development Corporation

Robotic Vision Systems, Inc.

Ruedas de Aluminio, C.A.

SA MEGAPLUS

SA Proget Noord

SAFRI

SATECIA S.A.
SCI Sogelyon

S.D. International Limited

SD-Scicon Europe Limited

SD-Scicon Ltd

SD-Scicon Pte Limited (Singapore)

SD Secure Office Systems Limited

S.D. (UK) Limited

SFT Aviation Limited

SOAGE Milano, S.r.l.

SOAGE, S.r.l.

SOGE-LYON

SONIA S.A.

SSIA SNC

SV-EDS Technology Services, Ltd.

SYSTER - Informatique

Saab Automobile AB

Saab Cars Holdings, Inc.

Saab Cars USA, Inc.

Saab Opel Sverige AB

Saginaw Limited

Saginaw Barbara Research Center

Sapporo Attene Computer Co., Ltd.

Satelitron S.A. de C.V.

Saturn Corporation

Saturn County Bond Corporation

Saturn Distribution Corporation

Scicon Arabia Limited

Scicon Consultancy International Limited

Scicon Energy, Inc.

Scicon International Systems Company Incorporated

Scicon Limited

Scicon Limited (Oman Branch)

Scicon Limited Sucursal en Espana (Spanish Branch)

Scicon Pension Trust Limited

Scicon-TB Belgique

Senalizacion y Accessorios del Automovil Yorka, S.L.

Servicios GMAC S.A. de C.V.

Servicios Mexicanos E.D.S., Sociedad Anonima de Capital Variable

Shi-Tsu World Company, Ltd.

Shinsung Packard Company, Ltd.

Simpad, Sociedad Anonima de Capital Variable (aka Simpad, S.A. de C.V.)

Sipe Optimation S.p.A.

Sistemas de Asientos Para Vehiculos Automotrices

Sistemas Electricos y Conmutadores, S.A. de C.V.

Sistemas Para Automotores de Mexico, S.A. de C.V.

Sistemi & Technologie S.p.A.

Sociedad Anonima de Teleinformatica para Cajas de Ahorros

Sociedad de Comercializacion Internacional Colmotores S.A.

Societe Auxiliaro Pour Le Financement et Les

Societe Flerienne De Participations

Societe Francaise des Amortisseurs de Carbon S.A.

Soft-Switch, Inc.

Spectra Securities Software Inc.

Spectrolab, Inc.

Subarban Limited Liability Company

Subaru-Isuzu Automotive, Inc.

Sung San Company, Ltd.

Suzuki Motor Corporation

Synon Italia s.r.l.

Sysdes Limited

Systems Building Corp.

Systems Control Technology, Inc.

Systems Designers Aviation Limited

Systems Designers International Limited

Systems Designers Limited

Systems & Management S.p.A. (aka Gruppo S&M)

Systems Programming Limited

Systems Programming Overseas Limited

Systems Programming (Scotland) Limited

Systems Technology Management Corporation

Technical Team S.A.

Telecommunications Data Services, Incorporated

Telecommunications International, Inc.

Telemac S.A.R.L.

Telemesures Acoustiques Telemac S.A.R.L.

Teramira Holdings, Inc.

Texton P.L.C.

Texton S.A.

The ASK Group, Inc.
The Gulf Industrial Technology Company (KSC)

Tokai Atene Computer Co., Ltd.

Translant, Inc.

Trinity General Agency, Inc.

Trinter Sociedad Anonima Comercial, Industrial y Financera

Truck and Bus Engineering U.K., Limited

2000 Aircraft Credit AB

U.M.I. Universal Motors Israel Ltd.

UMW-EDS Technologies Sdn. Bhd.

UPE Systems Services Sdn. Bhd.

UKADGE Systems Limited

Unicables, S.A.

United Australian Automotive Industries Limited

Uniti Pty Ltd.

Unterstutzungsgesellschaft mbH

Uptown Land Development Corporation
Uveral S.A.

VHC Sub-Holdings (UK) Ltd

Vanguarda Componentes Automotivos, S.A.

Varitel Select, Inc.

Varitel Video, Inc.

Vauxhall Motors (Finance) Plc

Vauxhall  Motors Limited

Vauxhall Properties Limited

Vehicle Guarantees Limited

Venezolana de Industrias Automotrices, C.A.

Vestiduras Fronterizas, S.A. de C.V.

Video Lottery Technologies, Inc.

View Engineering, Inc.

Volvo GM Canada Heavy Truck
Corporation

Volvo GM Heavy Truck Corporation

Ward FSC, Ltd.

Wholesale Auto Receivables Corporation

Woodbridge Foam Deutschland, GMBH

Worldlink Marketing Pty Ltd.
Worldmaster Marketing Pty Ltd

XMC Holdings, Inc.

YLYS Informatiqu