IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH C. YOUNG, as the Administrator of the Estate of GEORGE H. YOUNG, deceased; BEVERLY J. BLEDSOE, an Individual; VARCASSY M. BLEDSOE, an Individual; ERIKA MOULTRY, as mother and next friend of BRIAN D. BLEDSOE, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS CORPORATION and FICTITIOUS DEFENDANTS NOS. 1-14, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO. 2:06-CV-345-DRB

RECEIVED
2006 MAY -9  P 3: 13
DEBRA P. HACKETT, CL'
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

## MOTION FOR ADMISSION *PRO HAC VICE*

Angela Raines Rogers, a member in good standing of the Alabama State Bar and of the United States District Court for the Middle District of Alabama, and an attorney of record for Defendant General Motors Corporation, respectfully moves for admission *pro hac vice* attorney L. Franklin Coan, Jr., of the firm of King & Spalding, LLP, as additional counsel for the above-referenced Defendant. In support of this Motion, a Certificate of Good Standing is attached.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

**WHEREFORE**, the undersigned respectfully requests this Court grant this Motion to admit attorney L. Franklin Coan, Jr., of the firm of King & Spalding, LLP, *pro hac vice* as additional counsel for Defendant General Motors Corporation

Respectfully submitted this the 9th day of May, 2006.

*/s/ Angela R. Rogers*
_____
Charles A. Stewart, III (STE067)
Angela R. Rogers (RAI017)
Bradley, Arant, Rose & White
401 Adams Avenue
Suite 780
Montgomery, Alabama 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Robert D. Hays
L. Frank Coan, Jr.
Jennifer A. Simon
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

ATTORNEYS FOR DEFENDANT
GENERAL MOTORS
CORPORATION

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of this document has been served on the following Plaintiff by U. S. Mail certified mail, return receipt requested, on this the _9th_ day of May, 2006:

>William W. Smith
>Nicole L. Judge
>Smith & Alspaugh, P.C.
>1100 Financial Center
>505 North 20th Street
>Montgomery, Alabama  35203-4640

>Respectfully submitted,
>
>_/s/ Angela R. Rogers_
>Angela R. Rogers (RAI017)
>Bradley Arant Rose & White LLP
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104
>Telephone: (334) 956-7700
>Facsimile: (334) 956-7701
>E-mail: arogers@bradleyarant.com



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

      I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **L. FRANKLIN COAN, JR., State Bar No. 170966,** was duly admitted to practice in said Court on March 16, 1998, and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 28th day of April, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

