```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOSEPH C. YOUNG, etc.,      )
et al.,                     )
                            )
    Plaintiffs,             )
                            )        CIVIL ACTION NO.
    v.                      )        2:06cv345-MHT
                            )
GENERAL MOTORS CORPORATION, )
                            )
    Defendant.              )
```

### ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 7) is granted.

DONE, this the 16th day of May, 2006.

```
              /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE
```