IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOSEPH C. YOUNG, as the Administrator of the Estate of GEORGE H. YOUNG, deceased; BEVERLY J. BLEDSOE, an Individual; VARCASSY M. BLEDSOE, an Individual; ERIKA MOULTRY, as mother and next friend of BRIAN D. BLEDSOE, a minor,** ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | **CIVIL ACTION NO. 2:06-CV-345** |
| **GENERAL MOTORS CORPORATION,** ) ) ) ) | |
| **Defendant.** ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the following attorneys have conferred regarding proposed deadlines in this case and submit the following joint report:

    William W. Smith and Nicole L. Judge, representing the Plaintiffs; and

    Charles A. Stewart III and Angela R. Rogers, representing the Defendant.

2. **Pre-Discovery Disclosures**. The parties shall exchange the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure within 21 days of the entry of the Court's scheduling order.

3. **Discovery Plan**. The parties jointly propose the following discovery plan:

    (1) All discovery commenced in time to be completed by February 15, 2008.

    (2) Maximum of 10 depositions for the Plaintiff and 10 depositions for the Defendant, with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties. These limitations do not include depositions of witnesses designated below in Paragraph 4, Subsection 2, as

        experts. Each party is entitled to a deposition of each designated expert, not to exceed 7 hours per deposition.

    (3)    Maximum of 45 Interrogatories by each party, with responses due within thirty days after service.

    (4)    Maximum of 20 Requests for Admissions by each party, with responses due within thirty days after service.

    (5)    Maximum of 30 Requests for Production by each party, with responses due within thirty days after service.

    (6)    Supplements under Rule 26(e) of the Federal Rules of Civil Procedure are due 30 days before the close of discovery.

4. **Other Items**.

    (1)    The parties do not request a conference with the Court before entry of the scheduling order.

    (2)    Reports from retained experts under Rule 26(a)(2) of the Federal Rules of Civil Procedure are due from the Plaintiffs by October 31, 2007 and from Defendant by December 15, 2007.

    (3)    The parties request a pretrial conference in April 2008.

    (4)    All potentially dispositive motions should be filed by January 15, 2008.

    (5)    Any motions to amend the pleadings or to join additional parties should be filed within 90 days of the entry of the Court's scheduling order.

    (6)    Settlement and mediation cannot realistically be evaluated until the parties conduct further discovery.

    (7)    Final list of trial witnesses and exhibits under 26(a)(3) of the Federal Rules of Civil Procedure must be served and filed:

        a.    By the Plaintiff: 30 days before trial; and

        b.    By the Defendant: 30 days before trial.

    (8)    Objections are to be filed within 15 days after receipt of final list.

    (9)    This case should be ready for trial at the Summer 2008 term.

    (10)    Trial is expected to last 7-8 days.

-3-

The attorneys for the parties jointly prepared this Report of the Parties' Planning Meeting, and counsel for the Plaintiffs have reviewed this report and given permission to Defendant's counsel to electronically file it with the Court on behalf of the parties.

Respectfully submitted this the 26th day of May, 2006.

    s/ Angela R. Rogers
Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
    -and-
Robert D. Hays
Frank Coan
Jennifer Simon
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
**ATTORNEYS FOR DEFENDANT
GENERAL MOTORS CORPORATION**

    -and-

William W. Smith
Nicole L. Judge
Smith & Alspaugh, P.C.
1100 Financial Center
505 North 20th Street
Montgomery, Alabama 35203-4640
Telephone: (205) 324-8910
Facsimile: (205) 324-8929
**ATTORNEYS FOR PLAINTIFFS**