IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOSEPH C. YOUNG, as the Administrator of the Estate of GEORGE H. YOUNG, deceased, et al.,** ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| ) | Civil Action No.: 2:06-CV-345 |
| v. ) ) | |
| **GENERAL MOTORS CORPORATION, et al.,** ) ) ) | |
| **Defendants.** ) | |

**MOTION FOR PERMISSION TO WITHDRAW AND
TO CONTINUE SCHEDULING DEADLINES**

COMES NOW the counsel for the Plaintiffs in the above styled cause and hereby moves this Honorable Court for permission to withdraw and moves to continue the scheduling deadlines and shows unto the Court the following:

1. Counsel for the Plaintiffs advised the Plaintiffs in October 2006 that they would not be able to represent the Plaintiffs in this instance cause.

2. Counsel for the Plaintiffs inadvertently, at that time, failed to file a motion for permission to withdraw.

WHEREFORE, counsel for the Plaintiffs respectfully requests this Honorable Court for permission to withdraw and continue the Scheduling Order with reference to this particular matter.

This the 30th day of August, 2007.

                                                         s/William W. Smith
                                                         WILLIAM W. SMITH (SMI021)
                                                         Nicole L. Judge (JUD005)
                                                         Attorneys for Plaintiffs

**OF COUNSEL**:
SMITH & ALSPAUGH, P.C.
505 N. 20th Street
1100 Financial Center
Birmingham, AL 35203
Phone: (205) 324-8910
Fax: (205) 328-4258

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all attorneys of record in this cause, via CM/ECF, on this the 30th day of August, 2007:

Charles A. Stewart, III
Angela R. Rogers
BRADLEY ARANT ROSE & WHITE LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Robert D. Hays
L. Frank Coan, Jr.
Jennifer A. Simon
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309-3521

**NOTICE BY CERTIFIED MAIL TO PLAINTIFF:**
Joseph Young
402 Little Indian Creek Road
Union Springs, AL 36089

                                        s/William W. Smith
                                        OF COUNSEL