IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSEPH C. YOUNG, etc.,      )
et al.,                     )
                            )
    Plaintiffs,             )
                            )     CIVIL ACTION NO.
    v.                      )     2:06cv345-MHT
                            )
GENERAL MOTORS CORPORATION, )
                            )
    Defendant.              )
```

**ORDER**

It is ORDERED as follows:

(1) The motion to withdraw (doc. no. 12) is granted.

(2) The motion to continue scheduling deadlines (Doc. No. 12) is denied.

(3) Plaintiffs have until September 17, 2007, to obtain new counsel; otherwise, the court will assume that plaintiffs are proceeding pro se, that is, that they intend to represent themselves.

DONE, this the 31st day of August, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE