IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH C. YOUNG, as the Administrator of the Estate of GEORGE H. YOUNG, deceased; BEVERLY J. BLEDSOE, an Individual; VARCASSY M. BLEDSOE, an Individual; ERIKA MOULTRY, as mother and next friend of BRIAN D. BLEDSOE, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS CORPORATION <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 2:06-CV-345 ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL

Defendant General Motors Corporation notifies the Court that Jennifer Anne Simon is no longer with the firm of King & Spalding and, accordingly, is no longer representing General Motors Corporation in this case. Defendant General Motors Corporation will continue to be represented by Charles A. Stewart III and Angela R. Rogers of Bradley Arant Rose & White LLP and by Robert D. Hays and L. Frank Coan, Jr. of King & Spalding.

Respectfully submitted,

s/ Angela R. Rogers
Angela R. Rogers (ASB-0853-E60R)
Charles A. Stewart III (ASB-4955-A56C)
Bradley Arant Rose & White
401 Adams Avenue
Suite 780
Montgomery, Alabama 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

1/1616769.1

Robert D. Hays
L. Frank Coan, Jr.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

**ATTORNEYS FOR DEFENDANT
GENERAL MOTORS CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on counsel of record by electronic filing via CM/ECF on this 13th day of September, 2007:

William W. Smith
Nicole L. Judge
Smith & Alspaugh, P.C.
1100 Financial Center
505 North 20th Street
Montgomery, Alabama 35203-4640

and by causing a copy of the same to be deposited in the United States mail, first class, postage prepaid, and addressed to the following non CM/ECF participants:

Joseph C. Young
402 Little Indian Creed Road
Union Springs, AL 36089

s/ Angela R. Rogers
Angela R. Rogers