```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

             MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOSEPH C. YOUNG, etc.,       )
et al.,                      )
                             )
    Plaintiffs,              )
                             )       CIVIL ACTION NO.
    v.                       )       2:06cv345-MHT
                             )
GENERAL MOTORS CORPORATION,  )
                             )
    Defendant.               )
```

                             ORDER

It is ORDERED that the notice of withdrawal (doc. no. 16) is treated as a motion to withdraw and said motion is granted.

DONE, this the 14th day of September, 2007.

                              /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE