IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOSEPH C. YOUNG, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 2:06-CV-345-MHT** |
| | ) |
| **GENERAL MOTORS** | ) |
| **CORPORATION** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Pending before the Court is Defendant General Motor Corporation's *Motion to Dismiss for Failure to Prosecute or, Alternatively, to Extend Certain Deadlines* (Doc. # 19, entered October 31, 2007). Defendant's *Motion* chronicles Plaintiff's inattention to this litigation, and cites the same as grounds for dismissal under Fed. R. Civ. P. 41(b). The *Motion* alternatively requests revised deadlines for expert witness identification and dispositive motions.

The Court hereby **ORDERS** Plaintiff to show cause why Defendant's *Motion to Dismiss for Failure to Prosecute or, Alternatively, to Extend Certain Deadlines* should not be granted on or before **November 9, 2007.**

Done this 31st day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE