# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **JOSEPH C. YOUNG, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 2:06-CV-345** |
| | ) | |
| **GENERAL MOTORS** | ) | |
| **CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO DISMISS

**General Motors Corporation** ("GM") moves the Court to dismiss Plaintiff's case with prejudice upon the following grounds:

1.      GM filed a motion to dismiss for failure to prosecute on October 31, 2007.

2.      The Honorable United States Magistrate Judge Moorer entered an Order on October 21, 2007, requiring Plaintiffs to show cause why GM's motion to dismiss should not be granted.  Plaintiffs were given until November 9, 2007, to respond.  Plaintiffs filed no response.

3.      On November 19, 2007, ten days after Plaintiffs' deadline to respond, the Honorable United States Magistrate Judge Moorer filed a Report and Recommendation.  The deadline to object to the Report and Recommendation was November 30, 2007.  Plaintiffs filed no objection.

WHEREFORE, premises considered, GM respectfully urges the Court to accept the Report and Recommendation of the Magistrate Judge and to dismiss Plaintiffs' case.

This 13th day of December, 2007.

 s/Charles A. Stewart III
Charles A. Stewart III (STE067)
Angela Raines Rogers (RAI017)
Bradley, Arant, Rose & White LLP
401 Adams Avenue. Suite 780
Montgomery, Alabama 36104
Telephone:  (334) 956-7700
Facsimile:  (334) 956-7701
E-mail:  cstewart@bradleyarant.com
            arogersr@bradleyarant.com


 - and -

Robert D. Hays
L. Frank Coan, Jr.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

ATTORNEYS FOR DEFENDANT
GENERAL MOTORS CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

N/A.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**<u>PLAINTIFF</u>**
Joseph Young, Pro se
402 Little Indian Creek Road
Union Springs, AL 36089

s/ Charles A. Stewart III
Of Counsel