IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOSEPH C. YOUNG, et al.** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )CIVIL ACTION NO. 2:06-CV-345-MHT |
| | ) |
| **GENERAL MOTORS** | ) |
| **CORPORATION,** | ) |
| | ) |
|     **Defendant.** | ) |

# OPINION

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on November 19, 2007 (Doc. #21), that this case be dismissed without prejudice for lack of prosecution pursuant to Fed. R. Civ. P. 41(b).

After a review of the recommendation, to which Plaintiffs did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of December, 2007.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE