# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JOSEPH C. YOUNG, et al.** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-345-MHT |
| | ) |
| **GENERAL MOTORS CORPORATION,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED AND ADJUDGED that the recommendation of the United States Magistrate Judge (Doc. #21) is adopted; that defendant's motion to dismiss (Doc. # 19) is granted; and the complaint (Doc. #1) is dismissed without prejudice.

It is further ORDERED that defendant's motion to dismiss (Doc. # 22) is denied.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of December, 2007.

                                                    /s/ Myron H. Thompson
                                              UNITED STATES DISTRICT JUDGE